UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMEL SPITERI,<br><br>  Plaintiff,<br><br>  v.<br><br>RIVERSIDE COUNTY, et al.,<br><br>  Defendants. | No. ED CV 11-00822-DSF (VBK)<br><br>ORDER (1) ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) GRANTING DEFENDANTS COUNTY OF RIVERSIDE, SHERIFF SNIFF AND CARREN ROBINSON'S MOTION TO DISMISS WITH LEAVE TO AMEND AS TO CERTAIN CAUSES OF ACTION |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in de novo review of Plaintiff's "Motion for Reconsideration re: Honourable Magistrate Judge's Report and Recommendation," Defendants' "Reply to Objections to Report and Recommendation of Magistrate Judge (Mislabeled as Motion for Reconsideration)," Plaintiff's Objection to the Honourable Magistrate Judge's Report and Recommendation," and Defendants' "Reply to Objections to Report and Recommendation of Magistrate Judge."

**IT IS THEREFORE ORDERED** that the Court: (1) accepts the findings and recommendations of the United States Magistrate Judge;(2) grants

Defendants City of Riverside, Sheriff Sniff and Carren Robinson's Motion to Dismiss Plaintiff's Second Cause of Action without leave to amend and grants Defendants' Motion to Dismiss Plaintiff's First, Third, Sixth and Seventh Causes of Action with leave to amend; and (3) Plaintiff is ordered to amend his Complaint to address the above-noted deficiencies and file a First Amended Complaint no later than June 18, 2012.

DATED: 5/10/12

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE