| | |
|---|---|
| In Pro Per:<br>**CARMEL SPITERI**<br>9790 PRESCOTT CREEK COURT<br>LAS VEGAS, NV 89117 | For Court Use Only |
| Telephone No: 207-409-1508 | |
| In Pro Per: Plaintiff  Ref. No. or File No.: | FILED<br>CLERK, U.S. DISTRICT COURT<br>AUG - 8 2012<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District California

Plaintiff: CARMEL SPITERI
Defendant: MERCURY MANZANO, et al.

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>EDVC 11-00822 DSF-VBK |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; FIRST AMENDED COMPLAINT;NOTICE OF ASSIGNMENT TO US MAGISTRATE JUDGE FOR DISCOVERY FOR CASE #CV 11-04315 DSF;CIVIL COVER SHEET FOR CASE #CV 11-04315 DSF;NOTICE OF REFERENCE TO US MAGISTRATE JUDGE;NOTICE OF INTERESTED PARTIES FOR CASE #CV11-04315 DSF;SUMMONS FOR CASE #CV 11-04315 DSF.

3. a. Party served: UNITED STATES MARSHALS SERVICE
   b. Person served: DAVID KEY, MARSHAL AUTHORIZED TO ACCEPT, White, Male, 50 Years Old, Brown Hair, Blue Eyes, 6 Feet, 195 Pounds

4. Address where the party was served: US COURTHOUSE/PHILLIP BURTON BUILDING
   450 GOLDEN GATE AVE., 15TH FLOOR
   ROOM #2848
   San Francisco, CA 94102

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jul. 26, 2012 (2) at: 1:50PM

7. **Person Who Served Papers:**
   a. Andy Esquer



903 Sneath Lane
Suite #227
San Bruno, CA 94066
Phone 650.794.1923
FAX 650.989.4182

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. **The Fee** for Service was: $35.00

e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 1009
   (iii) County: San Francisco
   (iv) Expiration Date: Fri, Mar. 08, 2013

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Fri, Jul. 27, 2012

_____
(Andy Esquer)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE SUMMONS

caspi.53632

Name & Address:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| CARMEL SPITERI, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | EDCV 11-00822 DSF-VBK |
| v. Mercury Manzano; James K. Simpson; Steven Michael Kevorkian; Riverside County; Careen Robinson; Armando Munoz; Stanley Swift; United States Marshals Service; David Diliberti; Christian Harwell; Tom Hall; Eleven Unknown Federal Agents; Sonoma County; Stephen Passalacqua; Tania Particia; Bill Cogbill; A.J. Mittenhaut; Randall Walker; Travis Ridenhour DEFENDANT(S). | SUMMONS |

TO:   DEFENDANT(S):

United States Marshals Service
450 Golden Gate Ave., #2005
San Francisco CA 94102

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑ ____First____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Carmel A. Spiteri_____, whose address is __9790 Prescott Creek Court  Las Vegas, Nevada 89117-8408_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: June 20, 2012

By: __G. Roberson, Relief__
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                SUMMONS