UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMEL SPITERI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIVERSIDE COUNTY, et al.,<br><br>　　　　Defendants. | No. ED CV 11-00822-DSF (VBK)<br><br>ORDER (1) ACCEPTING AND ADOPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) GRANTING DEFENDANTS RIVERSIDE COUNTY, SHERIFF STANLEY SNIFF AND CARREN ROBINSON'S MOTION TO DISMISS AND GRANTING DEFENDANT SONOMA COUNTY'S MOTION TO DISMISS |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Court: (1) accepts the findings and recommendations of the United States Magistrate Judge; (2) grants Defendants City of Riverside, Sheriff Sniff and Carren Robinson's Motion to Dismiss Plaintiff's First Amended Complaint with prejudice; (3) grants Defendants County of Sonoma, Stephan Passalacqua Tania Partida, Bill Cogbill, A. J. Mittenhalt, Randall Walker and Travis

//

//

1  Ridenhour's Motion to Dismiss Plaintiff's First Amended Complaint with
2  prejudice; and (4) directs that Judgment be entered dismissing these
3  Defendants from this action.
4       4/10/13
5  DATED:_____   _____
6                                     DALE S. FISCHER
                                 UNITED STATES DISTRICT JUDGE

*(Signed: Dale S. Fischer)*