UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMEL SPITERI, | ) No. ED CV 11-00822-DSF (VBK) |
| Plaintiff, | ) ORDER (1) ACCEPTING AND ADOPTING ) THE FINDINGS AND RECOMMENDATION |
| v. | ) OF THE UNITED STATES MAGISTRATE ) JUDGE, AND (2) GRANTING DEFENDANT |
| RIVERSIDE COUNTY, et al., | ) MERCURY MANZANO'S MOTION FOR ) SUMMARY JUDGMENT |
| Defendants. | ) |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that the Court: (1) accepts the findings and recommendations of the United States Magistrate Judge; and (2) grants Defendant Mercury Manzano's Motion for Summary Judgment.

DATED: 4/30/14

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE