UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMEL SPITERI, | No. ED CV 11-00822-DSF (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| RIVERSIDE COUNTY, et al., | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing Defendant Mercury Manzano with prejudice.

DATED: 4/30/14

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE