UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARMEL SPITERI, | ) No. ED CV 11-00822-DSF (VBK) |
| Plaintiff, | ) ORDER (1) ACCEPTING AND ADOPTING |
| | ) THE FINDINGS AND RECOMMENDATION |
| v. | ) OF THE UNITED STATES MAGISTRATE |
| | ) JUDGE, AND (2) GRANTING |
| RIVERSIDE COUNTY, et al., | ) DEFENDANTS RIVERSIDE COUNTY, |
| | ) SHERIFF STANLEY SNIFF AND CARREN |
| Defendants. | ) ROBINSON'S MOTION TO DISMISS AND |
| | ) (3) GRANTING DEFENDANTS COUNTY OF |
| | ) SONOMA, STEPHAN PASSALACQUA, |
| | ) TANIA PARTIDA, BILL COGBILL, A.J. |
| | ) MITTENHALT, RANDALL WALKER AND |
| | ) TRAVIS RIDENHOUR'S MOTION TO |
| | ) DISMISS |

Pursuant to 28 U.S.C. §636, the Court has reviewed the First Amended Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in de novo review of those portions of the Report and Recommendation to which Plaintiff has objected.

**IT IS THEREFORE ORDERED** that the Court: (1) accepts the findings and recommendations of the United States Magistrate Judge; (2) grants Defendants County of Riverside, Sheriff Sniff and Carren Robinson's Motion to Dismiss Plaintiff's First Amended Complaint with prejudice;

1  (3) grants Defendants County of Sonoma, Stephan Passalacqua, Tania
2  Partida, Bill Cogbill, A.J. Mittenhalt, Randall Walker and Travis
3  Ridenhour's Motion to Dismiss Plaintiff's First Amended Complaint with
4  prejudice; and (4) directs that Judgment be entered dismissing these
5  Defendants from this action.

DATED: 4/30/14

　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE